UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | Crim. No. 09-307 (JLL) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| MIRSAD KOLASINAC | : | |
| | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendant Mirsad Kolasinac (by Michael Robbins, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress. A change of plea hearing is currently scheduled for November 3, 20101, which would render trial of this matter unnecessary and save judicial resources;

    ii.    Defendant has consented to and requested the

        aforementioned continuance;

   iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

   iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice;

WHEREFORE, on this 4th day of October, 2010.

IT IS ORDERED that trial in this matter is continued from October 4, 2010 through December 6, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through December 6, 2010, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _November 2, 2010_

Responses due _November 15, 2010_

Replies due _November 29, 2010_

A hearing shall be held on _December 6, 2010_

_[signature]_

HON. JOSE L. LINARES
United States District Judge

Consented via electronic mail by:

_____
MICHAEL ROBBINS, ESQ.
Counsel for defendant Mirsad Kolasinac

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney